# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 22-9249 |
| | : | |
| v. | : | Hon. Cathy L. Waldor |
| | : | |
| HAMILTON SANCHEZ | : | |
| a/k/a Hector Sanchez | : | **CRIMINAL COMPLAINT** |

I, Timothy Reed, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## SEE ATTACHMENT A

I further state that I am a Task Force Officer with the United States Drug Enforcement Administration, and that this Complaint is based on the following facts:

## SEE ATTACHMENT B

Continued on the attached page and made a part hereof

*by phone*

_____
Task Force Officer Timothy Reed
U.S. Drug Enforcement Administration

TFO Reed attested to this Complaint
by telephone pursuant to FRCP 4.1(b)(2)(A)
on June 28, 2022 in the District of New Jersey

_____
HONORABLE CATHY L. WALDOR
UNITED STATES MAGISTRATE JUDGE

1

## ATTACHMENT A

## COUNT ONE
(Narcotics Possession)

On or about June 27, 2022, in the District of New Jersey and elsewhere, the defendant,

HAMILTON SANCHEZ,
a/k/a "Hector Sanchez"

did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and (b)(1)(B).

## **COUNT TWO**
(Possession of a Firearm by a Convicted Felon)

On or about June 27, 2022, in the District of New Jersey and elsewhere, the defendant,

> HAMILTON SANCHEZ,
> a/k/a "Hector Sanchez"

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year in the District of New Jersey, did knowingly possess in and affecting commerce a firearm, namely a Smith & Wesson 9mm handgun, bearing serial number JEX3147.

In violation of Title 18, United States Code, Section 922(g)(1).

**ATTACHMENT B**

I, Timothy Reed, am a Task Force Officer with the United States Drug Enforcement Administration. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and other items of evidence. Because this Complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where statements of others are related herein, they are related in substance and part. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. Law enforcement has been conducting a long-term investigation of a drug trafficking organization (the "DTO") involved in the distribution of narcotics in the District of New Jersey and elsewhere. The investigation has revealed that the defendant, Hamilton Sanchez, a/k/a Hector Sanchez ("SANCHEZ"), is a member of the DTO and supplies narcotics to members of the DTO based in Maine.

2. Law enforcement learned that during the evening of on or about June 26, 2022, SANCHEZ left his residence in Hawthorne, New Jersey (the "Residence") in a car (the "Car") and arrived in Maine by the morning of June 27, 2022. That evening, law enforcement stopped the Car after it reentered the District of New Jersey, and after at least one officer observed Sanchez, who was operating the Car, commit a violation of N.J.S.A. 39:4-89 (following too closely). The officer asked SANCHEZ if he would speak with the officer in the officer's car, and SANCHEZ consented. Once inside the officer's car, SANCHEZ provided law enforcement with verbal and written consent to search the Car.

3. While conducting a lawful search of the Car, law enforcement discovered a concealed compartment or "trap" (the "Trap") in the area of the center consul of the Car. Inside the Trap, law enforcement found a loaded magazine[1] and a significant amount of United States currency.

4. Upon discovering the magazine and currency in the Car, law enforcement obtained a warrant to search the Residence.[2] Inside the Residence, law enforcement discovered approximately 63.5 kilograms of suspected narcotics in a closet near the entrance of the Residence. A field test

---

[1] Investigators have been unable to obtain additional details regarding the magazine because it is currently stuck inside the Trap.

[2] Law enforcement learned that a relative of Sanchez appears to live at the Residence together with Sanchez. However, the investigation has not revealed whether that relative is a member of the DTO.

of those kilograms returned inconclusive results, but law enforcement believes—based on their training, experience, and the appearance of the kilograms—that they contain fentanyl. In addition, law enforcement searched a bar area located on the second floor of the Residence and found additional suspected narcotics. Specifically, law enforcement discovered approximately 600 grams of a substance that law enforcement believes—based on their training, experience, and the appearance of the substance—to consist of heroin, and approximately 3.175 kilograms of a substance that law enforcement believes—based on their training, experience, and the appearance of the substance—to consist of methamphetamine.

5. In the bar area of the Residence, law enforcement also found a passport belonging to SANCHEZ and a 9mm Smith & Wesson firearm (the "Firearm"), bearing serial number JEX3147. Law enforcement understands that the Firearm was manufactured outside of New Jersey and thus necessarily had to travel in interstate commerce prior to SANCHEZ'S possession of the Firearm in New Jersey on or about June 27, 2022. Additionally, the Firearm is capable of, and designed to, expel a projectile.

6. A review of SANCHEZ'S criminal history revealed that on or about September 17, 2012, SANCHEZ was convicted in the District of New Jersey of conspiring to distribute heroin, and was sentenced to 37 months' imprisonment on that charge. As a felon, SANCHEZ is prohibited from possessing a firearm.